UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EASTMAN KODAK COMPANY,

                Plaintiff,

- vs -

DAVID B. FINGERHUT,

                Defendant.

FILED IN CLERKS OFFICE
2005 JAN 18 A 11: 47
U.S. DISTRICT COURT
DISTRICT OF MASS.
Civil Action No. 05-10108 EFH

## PLAINTIFF EASTMAN KODAK COMPANY'S STATEMENT PURSUANT TO LR 7.3

Pursuant to LR 7.3, Plaintiff Eastman Kodak Company identifies the following publicly held company: Legg Mason, Inc.

                NIXON PEABODY LLP

                _____
                Richard D. Rochford, Esq. (BBO# 423950)
                Mark D. Robins, Esq. (BBO# 559933)
                100 Summer Street
                Boston, Massachusetts 02110-2131
                Tel.: (617) 345-1000

Dated: January 18, 2005        Attorneys for Plaintiff Eastman Kodak Company

R823805.1