UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 18 A 11: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

EASTMAN KODAK COMPANY,

Plaintiff,

- vs -

DAVID B. FINGERHUT,

Defendant.

Civil Action No.

05  10108 EFH

### DECLARATION OF RICHARD T. ALLEN

Richard T. Allen hereby avers the following:

1. I am Director, Worldwide Branding at Eastman Kodak Company ("Kodak"). I make this declaration in support of Kodak's motion for a temporary restraining order and preliminary injunction. I have personal knowledge of the facts set forth herein or believe them to be true to the best of my knowledge, information, and belief.

2. A highly significant component of Kodak's consumer digital photography business is the online photo service operated by Ofoto Inc., a wholly owned subsidiary of Kodak. This service has more than 18 million current members and is compatible with pictures taken by all major brands of consumer digital cameras.

3. On January 5, 2005, Kodak announced a name change for its online photo service, from Ofoto to KODAK EASYSHARE Gallery, effective March 31, 2005. With the change, the website address for the service will change from ofoto.com to kodakgallery.com. Prior to the

January 5, 2005 announcement, information concerning these changes was kept confidential within Kodak.

4.     The renaming of Ofoto to incorporate the EASYSHARE name builds upon Kodak's increasing emphasis on its EASYSHARE trademark, which is used in connection with some of Kodak's most promising new consumer imaging products and software. For instance, the KODAK EASYSHARE-ONE digital camera recently secured "Next Big Thing" honors at the 2005 International Consumer Electronics Show. Important features of this camera include direct picture e-mailing capacity and online album viewing via wireless connection to Kodak's online photo service. By renaming the online service to incorporate the EASYSHARE name, Kodak seeks to emphasize and capitalize upon the linkage among various innovative imaging products. EASYSHARE was named as one of the 50 top brands in the United States in the November 1, 2004 edition of <u>Ad Age</u>.

5.     I understand that David B. Fingerhut has obtained registration of the domain names kodakgalery.com, kodakgallary.com, kodakgallary.info, kodakgallery.info, kodakgallery.org, and kodakeasysharegallery.com. All of the foregoing registrations were obtained without the permission, authorization, or approval of Kodak and David B. Fingerhut's job responsibilities in no manner include registration of domain names.

6.     Each of the domain names registered by David B. Fingerhut makes use of the famous KODAK trademark. One of the domain names also makes use of Kodak's EASYSHARE trademark. This unauthorized trademark use is likely to cause confusion among consumers and poses irreparable harm to Kodak.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2005

*Richard T. Allen*
RICHARD T. ALLEN