# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

EASTMAN KODAK COMPANY,
                Plaintiff

        v.                           CIVIL ACTION NO.:
                                        05-10108-EFH

DAVID B. FINGERHUT,
                Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

January 18, 2005

HARRINGTON, S.D.J.

    The Court grants Plaintiff Eastman Kodak Company's *Ex Parte* Motion for a Temporary Restraining Order.

    SO ORDERED.

                                        /s/ Edward F. Harrington
                                        EDWARD F. HARRINGTON
                                        United States Senior District Judge