**EXHIBIT A**

2005 JAN 26  P 4: 53

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>                                          Plaintiff,<br><br>- vs -<br><br>DAVID B. FINGERHUT,<br><br>                                          Defendant. | Civil Action No. |

**CONSENT JUDGMENT AND
PERMANENT INJUNCTION**

WHEREAS, plaintiff Eastman Kodak Company ("Kodak") commenced this action against defendant David B. Fingerhut ("Fingerhut") with a complaint alleging trademark infringement in violation of 15 U.S.C. §§ 1114(1), 1125(a), 1125(c), and 1125(d)(1)(A), and breach of fiduciary duty under the common law of the State of Massachusetts;;

WHEREAS, this Court has jurisdiction over the parties and the subject matter of the action pursuant to 28 U.S.C. §§ 1331, 1338, and 1367; and

WHEREAS, the parties to this action have stipulated that Fingerhut obtained domain name registrations for kodakgalery.com, kodakgallary.com, kodakgallary.info, kodakgallery.info, kodakgallery.org, and kodakeasysharegallery.com (the "Domain Name Registrations") in violation of 15 U.S.C. § 1125(d)(1)(A); and

R823840.1

- 2 -

WHEREAS, the parties to this action have executed a Settlement Agreement, the terms of which are hereby incorporated by reference into this Consent Judgment and Permanent Injunction; and

WHEREAS, the parties to this action have stipulated to all of the terms of this final judgment in this action. Accordingly,

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED THAT:

1. Fingerhut, his agents, successors, and assigns, and all persons in active concert or participation with him, are permanently enjoined pursuant to 15 U.S.C. § 1116 and Rule 65 of the Federal Rules of Civil Procedure from

   (a) registering or causing to be registered any further domain names containing the words KODAK or EASYSHARE or any other trademark owned by Kodak or any other element of any of the Domain Name Registrations, and

   (b) disclosing to any third party or making any use of any information concerning confidential matters entrusted to him in the course of his employment at Kodak; and

   (c) engaging in any activity interfering with or otherwise affecting internet commerce relating to Kodak goods and services, including without limitation by routing such commerce through any URL established under a domain name not owned by Kodak.

2. This Court shall retain jurisdiction over the parties and the subject matter of this action for the purpose of making any further orders necessary or desirable to effectuate the terms of this Consent Judgment and Permanent Injunction, and to insure full and complete compliance therewith. In the event any party breaches any terms of this Consent

R823840.1

Judgment and Permanent Injunction, that party shall be subject to a contempt proceeding in which the Court shall award the prevailing party its attorney fees and costs, and in which the Court may, in its discretion, award damages and other relief (including but not limited to enhanced damages and other contempt sanctions) to the prevailing party in such proceeding.

3. No appeal shall by taken by any party from this Order, the right to appeal being expressly waived by all parties.

4. Each party shall bear its own costs.

5. The Clerk is directed to enter this final Judgment forthwith.

Issued: ~~January~~ February 2, 2005

*Edward F. Harrington*
United States District Court Judge

**AGREED AND CONSENTED TO:**

Dated: January 25, 2005

EASTMAN KODAK COMPANY

By: _____
Gary P. VanGraafeiland
Its: General Counsel

Dated: January 20, 2005

DAVID B. FINGERHUT

_____

R823840.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EASTMAN KODAK COMPANY,

                          Plaintiff,

- vs -

DAVID B. FINGERHUT,

                         Defendant.

2005 JAN 26  P 4: 53

**Civil Action No.
05-10108-EFH**

### CERTIFICATE OF SERVICE

I, Mark D. Robins, hereby certify that a copy of the foregoing Settlement Agreement and Consent Judgment was mailed via first-class mail to:

> David F. Fingerhut
> 15 Nutting Road
> Westford, MA 01886

NIXON PEABODY LLP

*/s/ Mark D. Robins*

Richard D. Rochford, Esq. (BBO# 423950)
Mark D. Robins, Esq. (BBO# 559933)
100 Summer Street
Boston, Massachusetts 02110-2131
Tel.: (617) 345-1000

Dated: January 26, 2005        Attorneys for Plaintiff Eastman Kodak Company

BOS1457078.1